UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUCHELLE LEYMAN et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>THE KROGER CO.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 24-cv-01001-L-VET<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>[ECF NO. 11] |

Pending before the court is Defendant's motion to dismiss for failure to state a claim. (ECF no. 11.) Plaintiff timely filed an amended complaint (ECF no. 12). *See* Fed. R. Civ. Proc. 15(a)(1). Accordingly, the pending motion to dismiss (ECF no. 11) is denied as moot. *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

Dated:  April 21, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. M. James Lorenz
　　　　　　　　　　　　　　　　　　United States District Judge