**MANFRED, APC**
Manfred P. Muecke (SBN 222893)
600 W Broadway Ste 700
San Diego CA 92101
(619) 550-4005
mmuecke@manfredapc.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUCHELLE LEYMAN, and MIGUEL HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE KROGER CO.,<br><br>Defendant. | Case No. 3:24-cv-01001-L-VET<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Rauchelle Leyman and Miguel Hernandez hereby give notice of their voluntary dismissal of this action.

Dated: July 30, 2025

Respectfully submitted,

*/s/ Manfred P. Muecke*
Manfred P. Muecke (SBN 222893)
**Manfred APC**
600 W Broadway Ste 700
San Diego CA 92101
Tel: (619) 550-4005
Fax: (619) 550-4006
mmuecke@manfredapc.com